# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Bernardo Ortiz-Diaz,

        Defendant.

CASE NO. 08CR4008-W

**JUDGMENT OF DISMISSAL**

FILED
DEC 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense of: 8 USC 1326(a) and (b).

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/29/08

                              Thomas J. Whelan
                              UNITED STATES DISTRICT JUDGE